IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-CV-80788

HIPPOCRATES HEALTH INSTITUTE, INC., SUSAN WYATT, SHENA D. FORLASTRO, EILEEN HOUGHTON, JENNIFER HOUGHTON, RYAN HOUGHTON, SANDRA LILLEY, KEVIN T. HOLMES, as representative of JOYCE HOLMES, CAROL MARCHESE, individually and as personal representative of the Estate of THEODORE A. VESAKI, THOMAS MARCHESE, KEVIN LENNY, GEORGE SWAIN, GRACE A. SWAIN, DR. FRANK J. CIALA, HERMINE SIPPIE, CARISSA MILEY, ELEANOR WHITE, BARBARA JOHNSON, WILLIAM SHERA, JEAN SHERA, HARRY WATSON, NANCY WATSON, PATRICIA CONTI, BERNARD CARLIN, and TINA OKOMSKI,

Plaintiffs,

v.

PRINCIPAL FINANCIAL GROUP, INC. and BANK OF AMERICA, NATIONAL ASSOCIATION,

Defendants.

---

**COMPLAINT**

Plaintiffs Hippocrates Health Institute, Inc. ("Hippocrates"), Susan Wyatt, Shena D. Forlastro, Eileen Houghton, Jennifer Houghton, Ryan Houghton, Sandra Lilley, Kevin T. Holmes, as representative of Joyce Holmes, Carol Marchese, individually and as personal representative of the State of Theodore A. Vesaki, Thomas Marchese, Kevin Lenny, George Swain, Grace A. Swain, Dr. Frank J. Ciala, Hermine Sippie, Carissa Miley, Eleanor White, William Shera, Jean Shera, Harry Watson, Nancy Watson, Patricia Conti, Bernard Carlin, and Tina Okomski (collectively, the